UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY XAVIER JACKSON, | ) | Case No. CV 10-324-RGK (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| GARY SANDOR, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is **dismissed without prejudice.**

Date: May 26, 2011

_____
R. Gary Klausner
United States District Judge